UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 2:13 CV 365 |
| STEVENS .410 GAUGE SHOTGUN | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

On October 10, 2013, a Verified Complaint for Forfeiture was filed against defendant property on behalf of the United States of America. The Complaint alleges that the defendant firearm was purchased in violation of 18 U.S.C. § 922(g)(1) and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1).

It appearing that process was fully issued in this action;

That a Warrant of Arrest In Rem for defendant property was issued on October 10, 2013;

That notice of this action was published pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days;

That pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, a copy of the Complaint, the Warrant of Arrest In Rem and Direct Notice of this forfeiture action were mailed on October 10,

2013, to Dwayne Swims, the only person known to the government to potentially have an interest in defendant property and also to his attorney, Brian Woodward;

That Entry of Default was entered on February 7, 2014, for failure to plead or otherwise defend;

Now, therefore, on motion of the United States of America for a default judgment and decree of forfeiture, it is

**ORDERED, ADJUDGED AND DECREED** that a default judgment be entered against defendant property, Dwayne Swims, and all persons who may claim an interest in defendant property;

**IT FURTHER ORDERED, ADJUDGED AND DECREED** that defendant property, *to wit*: Stevens .410 Gauge Shotgun, be forfeited to the United States of America and no right, title or interest in said property shall exist in any other person.

**SO ORDERED.**

Date: May 2, 2014

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT